UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ALEC WHYTE,                                                  :
                                                             :
                    Plaintiff,           :   **ORDER CLOSING THE CASE**
  -against-                                                 :
                                                                                     :   19 Civ. 7306 (AKH)
AP HOUSEKEEPING, INC. et al.,                                :
                                                             :
                    Defendants.          :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiff was ordered and failed to show cause, by written submission filed no later than October 12, 2022, why this case should not be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b). This case is dismissed. The Clerk shall mark the case closed.

      SO ORDERED.

Dated:    October 13, 2022                               _____
            New York, New York                        ALVIN K. HELLERSTEIN
                                                             United States District Judge